UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

ASSOCIATED FINANCIAL GROUP, LLC
200 North Adams Street
Green Bay, WI 54301

        Plaintiff,

                Civil Action No._____

vs.

QUALIFIED ANNUITY SERVICES, INC
260 Northland Boulevard, #212
Cincinnati, OH 45246

        Defendant.
_____

# NOTICE OF REMOVAL
_____

      Pursuant to 28 U.S.C. § 1441, defendant Qualified Annuity Services, Inc. ("QAS") respectfully petitions for the removal of the above-captioned case to this Court. As grounds for this petition, defendant states:

    1. Plaintiff is a party in an action commenced against the defendant pending in the Circuit Court of the State of Wisconsin for Brown County, captioned <u>Associated Financial Group, LLC v. Qualified Annuity Services, Inc.</u>, **Case No. 10-CV-1148** (the "state action"). True copies of the Summons and Complaint in the state action are attached as Exhibit A.

    2. The complaint asserts, inter alia, that the defendant is in breach of contract and/or is liable to the plaintiff under theories of quantum meruit and unjust enrichment.

    3. An underlying issue that will pervade this matter and is at the heart of the matter is the application of the Employee Retirement Income Security Act of 1974, commonly

known as ERISA. The application of this federal law, ERISA, to the facts and circumstances here will be necessary for a determination in this matter.

    4. In particular, QAS, obtained a consulting contract with a third party to which plaintiff was not a party. The consulting contract involved the third party's pension plan and ERISA applied. The third party determined that no payment of any kind could be made by QAS to Plaintiff as such a payment would be a prohibited transaction pursuant to ERISA due the actions and conduct of Plaintiff's employees and/or agents.

    5. QAS did not enter into a contract or agreement with Plaintiff.

    6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 resulting from the necessary application of federal law, ERISA.

    7. On April 24, 2010 defendant were formally served a copy of the plaintiff's Summons and Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), the filing of this Notice of Removal is timely.

    8. Pursuant to 28 U.S.C. § 1441, proceedings initiated in state courts may be removed to this Court by the defendant.

    WHEREFORE, the defendants respectfully request that the aforementioned action be removed to this Court.

Dated at Green Bay, Wisconsin, this 14th day of May, 2010.

/s Kenneth R. Baumgart
Attorney Kenneth R. Baumgart
State Bar No. 1034294
Attorney for Qualified Annuity Services, Inc.
Tina M. Dahle, S.C.
700 East Walnut Street
Green Bay WI 54301
Telephone: (920) 437-1049
Fax: (920) 437-1103
E-mail: kbaumgart@tds.net

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Associated Financial Group, LLC c/o Atty. Ronald F. Metzler. I hereby certify that I have mailed by Untied States Postal Service the document to the following non ECF participants: Associated Financial Group, LLC, c/o Attorney Ronald F. Metzler, 222 Cherry Street, Green Bay, Wisconsin 54301.

/s Kenneth R. Baumgart
Attorney Kenneth R. Baumgart
State Bar No. 1040203
Attorney for Qualified Annuity Services, Inc.
Tina M. Dahle, S.C.
700 East Walnut Street
Green Bay WI 54301
Telephone: (920) 437-1049
Fax: (920) 437-1103
E-mail: Kbaumgart@tds.net